PS 8
(8/88)

# UNITED STATES DISTRICT COURT
## for the
## Middle District of Florida

U.S.A. vs. Daniel Lee Smith                                       Docket No. 2:23-cr-121

Petition for Action on Conditions of Pretrial Release

    COMES NOW Ruben Fournier, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Daniel Lee Smith, who was placed under pretrial release supervision by the Honorable Kyle C. Dudek sitting in the Court at Fort Myers, Florida, on 12/1/2023, under the following conditions:

Pretrial supervision; drug use; substance abuse testing; substance abuse treatment:

    Respectfully presenting petition for action of Court and for cause as follows:

No use or unlawful possession of controlled substance, unless prescribed by a licensed medical practitioner:

    On December 14, 2023, the defendant submitted to a substance abuse test and his results were positive for methamphetamines and confirmed positive by the defendant's admission.

Report to Pretrial Services as directed:

    On December 14, 2023, the defendant was instructed to contact Officer Ruben Fournier on December 18, 2023. As of December 20, 2023, the defendant has failed to contact Pretrial Services.

Submit to substance abuse testing as directed by Pretrial Services:

    On December 19, 2023, the defendant failed to report to Pretrial Services for his substance abuse testing day. As of December 20, 2023, the defendant has not reported to Pretrial Services for testing or made contact to reschedule.

Defendant must immediately advise the court, Pretrial Services Office, defense counsel, and the U.S. Attorney in writing of any change in address or telephone number

    On December 29, 2023, Pretrial Services received a text message from the defendant's roommate advising the defendant had left his home two weeks prior and is not allowed to return.

Defendant's residence is restricted to 3150 Shorewood Lane, Apt. 101 Fort Myers, Florida

> On December 29, 2023, Pretrial Services received a text message from the defendant's roommate advising the defendant had left his home two weeks prior and is not allowed to return.

Submit to substance abuse testing

> On January 3, 2024, the defendant failed to report for his substance abuse testing day.

Participate in a program of inpatient or outpatient substance abuse testing, education, or treatment

> On January 2, 2024, Pretrial Services was notified by TLS consultants that the defendant failed to report for his Substance Abuse Evaluation

Report as directed to Pretrial Services

> As of January 9, 2023, the defendant has failed to report to Pretrial Services and his current whereabouts are unknown

PRAYING THAT THE COURT WILL ADDRESS THE ALLEGED VIOALTIONS AT THE DEFENDANT'S VIOLATION HEARING, WHICH A WARRANT HAS BEEN ALREADY ISSUED PURSUANT TO THE PROVISIONS OF TITLE 18, U.S.C. SECTION 3148

ORDER OF COURT

Considered and ordered this __10th__ day of __January__, 20_24_ and ordered filed and made a part of the records in the above case.

_____
The Honorable Kyle C. Dudek
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 10, 2024

|S| Ruben Fournier
U.S. Pretrial Services Officer